**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Christopher Terrell Gamble, Appellant.

Appellate Case No. 2014-000465

———————

Appeal From Greenville County
C. Victor Pyle, Jr., Circuit Court Judge

———————

Unpublished Opinion No. 2015-UP-387
Submitted June 1, 2015 – Filed July 29, 2015

———————

**APPEAL DISMISSED**

———————

Appellate Defender John Harrison Strom, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Salley W. Elliott, both of Columbia; and Solicitor W. Walter Wilkins, III, of Greenville, for Respondent.

———————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**SHORT, LOCKEMY, and MCDONALD, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.